WRIGHT, FINLAY & ZAK, LLP
Christina Miller, Esq.
Nevada Bar No. 12448
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiffs, Ocwen Loan Servicing, LLC*
*and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br>vs.<br><br>MARK DEWITT, an individual; OSCAR MARTINEZ, and individual; MIRIAM MARTINEZ, an individual; DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation; inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00778-GMN-CWH<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Ocwen Loan Servicing, LLC ("Ocwen"), Federal National Mortgage Association ("Fannie Mae") (collectively "Plaintiffs"); Oscar and Miriam Martinez (collectively the "Martinezs"); and Desert Inn Mobile Family Estates Owners Association (the "HOA"), through their counsel of record, stipulate as follows:

1. This matter relates to real property located 3499 Allegheny Dr., Las Vegas, Nevada 89122, APN 161-16-210-285 (the "Property"). The Property is more specifically described as:

> LOT 147, BLOCK 5 OF DESERT INN MOBILE ESTATES I, AS SHOWN BY MAP THEREOF IN PLAT BLOOK 21, PAGE 9 OF THE RECORDS OF THE COUNTY OF CLARK COUNTY, NEVADA.

///

2. The Deed of Trust that encumbers the Property was recorded on March 23, 2001, as Document Number 20010323-0001359, in the Official Records of Clark County, Nevada (the "Deed of Trust").

3. In December 2002, Fannie Mae acquired ownership of the Loan, including the Deed of Trust and associated note (the "Note").

4. Ocwen is the current servicer of the Loan for Fannie Mae, and in that capacity is beneficiary of record of the Deed of Trust for Fannie Mae.

5. On November 7, 2012, Nevada Association Services, Inc. ("NAS") recorded, on behalf of the HOA, a Foreclosure Deed as Instrument Number 20121107-0001244 (the "Foreclosure Deed"), which reflected that Mark Dewitt ("Dewitt") acquired the Property for the sum of $5,000 (the "HOA Sale").

6. On March 16, 2016, a Quit-Claim Deed, Instrument Number 20160316-0001867, was recorded against the Property, which identified DeWitt as the Grantor and the Martinezs as Grantees.

7. The Martinezs have not transferred their interest in the Property and are still the title holder of record.

8. On March 17, 2017, Fannie Mae and Ocwen initiated a quiet title action against the Martinezs, Dewitt and the HOA in the United States District Court, District of Nevada, Case No. 2:17-cv-00778 (the "Quiet Title Action").

9. Plaintiffs, the Martinezs and the HOA have entered a settlement agreement in which they have settled all claims between them in this case. This Stipulation and Order applies to the matters addressed in this particular case only and has no relevance to any other matter.

///
///
///
///

10. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the Foreclosure Deed, and the Martinezs' interest in the Property is subject to the Deed of Trust.

Dated: this 19th day of February, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Regina A. Habermas, Esq.*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiffs, Ocwen Loan Servicing, LLC and Federal National Mortgage Association*

Dated: this 19th day of February, 2019.

DENNETT WINSPEAR, LLP

*/s/ Gina Gilbert Winspear, Esq.*
Gina Gilbert Winspear, Esq.
Nevada Bar No. 5552
3301 N. Buffalo Dr., Suite 195
Las Vegas, NV 89129
*Attorneys for Defendant, Desert Inn Mobile Family Estates Owners Association*

Dated: this 19th day of February, 2019.

COOPER COONS, LTD.

*/s/ Thomas Miskey, Esq.*
Charles Coons, Esq.
Nevada Bar No. 10553
Thomas Miskey, Esq.
Nevada Bar No. 13540
10655 Park Run Drive, Suite 130
Las Vegas, NV 89144
*Attorneys for Oscar and Miriam Martinez*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation of Final Judgment Confirming Existence and Validity of Deed of Trust, (ECF No. 31), is **GRANTED**. **IT IS FURTHER ORDERED** that Plaintiffs and Defendants Desert Inn Mobile Family Estates Owners Association, Oscar Martinez, and Miriam Martinez shall have 21 days from the entry of this Order to file a stipulation of dismissal or a joint status report as to any remaining claims and defendants.

**DATED** this   19   day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT