WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiffs, Ocwen Loan Servicing, LLC*
*and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK DEWITT, an individual; OSCAR MARTINEZ, and individual; MIRIAM MARTINEZ, an individual; DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation; inclusive, <br><br> Defendants. | Case No.:  2:17-cv-00778-GMN-CWH <br><br> **STIPULATION AND ORDER TO DISMISS** |

Plaintiffs, Ocwen Loan Servicing, LLC and Federal National Mortgage Association (collectively "Plaintiffs") by and through their attorney of record, Krista J. Nielson, Esq. of the law firm of Wright, Finlay & Zak, LLP; and Defendant, Desert Inn Mobile Family Estates Owners Association ("HOA"), by and through its attorney of record, Gina Gilbert Winspear, Esq., of the law firm of Dennett Winspear, LLP, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Deed of Trust, recorded in the Official Records of Clark County, Nevada as Instrument No. 20010323-0001359, survived and was not extinguished in any capacity by the HOA Sale on November 2, 2012. The Deed of Trust remains a valid encumbrance against the Property following the recording of the Foreclosure Deed.

IT IS FURTHER STIPULATED AND AGREED that the Complaint filed by Deutsche Bank against Mark DeWitt, Oscar Martinez, Miriam Martinez, and HOA is dismissed WITH PREJUDICE as to ALL REMAINING CLAIMS;

IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 27th day of March, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Krista J. Nielson
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs, Ocwen Loan Servicing, LLC and Federal National Mortgage Association*

DATED this 27th day of March, 2019.

DENNETT WINSPEAR, LLP

/s/ Gina Gilbert Winspear
Gina Gilbert Winspear, Esq.
Nevada Bar No. 05552
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant, Desert Inn Mobile Family Estates Owners Association*

**IT IS SO ORDERED.**

**DATED** this __1__ day of April, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT